THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the interest of Lamarcus W., a minor 
 under the age of seventeen                                  
 
 
 

Appeal from Laurens County
Billy A. Tunstall, Jr., Family Court Judge
Unpublished Opinion No. 2008-UP-540
Submitted September 2, 2008  Filed
 September 17, 2008    
AFFIRMED

 
 
 
 Appellate Defender Aileen P. Claire, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  The juvenile appeals his
 sentence to the Department of Juvenile
 Justice for an indeterminate amount of time not to exceed his twenty-first
 birthday.  He contends the family
 court judge abused his discretion by deviating from the Departments
 recommended sentence.  
We affirm pursuant to Rule 220(b), SCACR, and the following
 authorities: In the Interest of Antonio H., 324 S.C. 120, 122, 477
 S.E.2d 713, 714 (1996) (holding the issue of whether a minor was competent to
 enter a guilty plea was procedurally barred as that issue was not raised at the
 time of the plea, nor was it raised to the judge at the dispositional hearing); Rhoad v. State, 372 S.C. 100, 108, 641 S.E.2d 35, 39 (Ct. App. 2007)
 (holding the length of a sentence is not preserved for appellate review in the
 absence of an objection to the trial judge); In Interest of Arisha K.S.,
 331 S.C. 288, 296, 501 S.E.2d 128, 133 (Ct. App. 1998) (applying general preservation
 rules within the criminal context of a juvenile proceeding, but inviting the
 supreme court to revisit whether such rules should be relaxed because the
 rights of a minor are at stake).
AFFIRMED.

HEARN,
 C.J., HUFF and GEATHERS, JJ., concur.